Moses ROGERS, Appellant,

v.

Linda SANDERS, Warden, FCI–
Forrest City, Appellee.

No. 06–2797.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 30, 2007.

Filed: April 5, 2007.

Moses Rogers, Federal Correctional Institution Forrest City Medium, Forrest City, AR, for Plaintiff-Appellant.

E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Defendant-Appellee.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Moses Rogers appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. We affirm on the basis of the district court's opinion. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Henry L. Jones, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).